```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In the Matter of the Arbitration Between:      15 CIV 7639 (PAE)

NAVIG8 CHEMICALS ASIA PTE, LTD. and
NAVIG8 CHEMICALS POOL, INC. (NAVIG8),
Petitioners,

**JUDGMENT**

-v-

CREST ENERGY PARTNERS LP,
Respondent.

------------------------------------------------------------x

This action having been commenced on September 28, 2015 by the filing of a Verified Petition to confirm the arbitral award issued on September 11, 2015 by arbitrators Peter D. Clark, Louis P. Sheinbaum and David W. Martowski in Petitioners' favor and against Respondent, and a copy of the summons and Petition having been properly served on Respondent on October 9, 2015, and Respondent having failed to appear, answer, or move with respect to the Petition, and the time for doing so having expired; and

The Court having found after a careful review of the record (a) that the arbitrators properly awarded Petitioner the sum of $765,436.98, plus interest at the rate of 3.25% p.a. accruing on the principal amount of $765,436.98 from October 11, 2015 until the Award was reduced to Judgment on November 18, 2015, (b) that there is no genuine issue as to any material fact; (c) that Petitioners are entitled to a Judgment confirming the Award as a matter of law; (d) that Petitioners are also entitled to an award for reasonable attorneys' fees and costs incurred in the prosecution of the Petition in the amount of $9,784.95; and (e) that Respondent has failed to satisfy the Award; it is

441632.1

ORDERED, ADJUDGED AND DECREED, that

(1) the September 11, 2015 arbitration Award issued by Peter D. Clark, Louis P. Sheinbaum and David W. Martowski is confirmed in all respects;

(2) Petitioners NAVIG8 CHEMICALS ASIA PTE, LTD. and NAVIG8 CHEMICALS POOL, INC. have Judgment against Respondent CREST ENERGY PARTNERS LP on the arbitration Award in the amount of $765,436.98, plus interest at the rate of 3.25% p.a. accrued on the principal amount of $765,436.98 from October 11, 2015 through November 18, 2015 ($4,634.56);

(3) Petitioners NAVIG8 CHEMICALS ASIA PTE, LTD. and NAVIG8 CHEMICALS POOL, INC. are further awarded reasonable attorneys' fees and costs in the amount of $9,784.95;

(4) the Clerk shall enter this Judgment in the total amount of **$779,856.49**.

So ordered.

Dated: New York, New York
       November 24, 2015

_____
Paul A. Engelmayer
U. S. D. J.